IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, *et.al.*,<br><br>Defendants. | Civil Action No. 6:15-cv-00130 |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT AT&T MOBILITY LLC**

Defendant AT&T Mobility LLC ("AT&T") and one of its counsel of record, Singularity LLP, file this unopposed motion to withdraw as counsel, requesting that the Court issue an order permitting the withdrawal of the following attorneys of record and their associated law firm from further representation of AT&T**:**

>Ronald S. Lemieux
>Vid R. Bhakar
>Singularity LLP
>555 Twin Dolphin Drive, Suite 610
>Redwood Shores, CA 94065
>Telephone (650) 720-4650
>Facsimile (650) 720-4662
>Emails: rlemieux@ipsingularity.com; vbhakar@ipsingularity.com

AT&T consents to this request and is represented by other counsel in this matter.

This motion is unopposed and withdrawal will not prejudice or delay these proceedings.

Accordingly, AT&T respectfully requests that the Motion be granted and that the above-named attorneys of record be allowed to withdraw as counsel on behalf of AT&T.

DATED:  February 2, 2016

Respectfully submitted,

SINGULARITY LLP

By:  */s/ Ronald S. Lemieux*
Ronald S. Lemieux
CA Bar No. 120822
rlemieux@ipsingularity.com
Vid R. Bhakar
CA Bar No. 220210
vbhakar@ipsingularity.com
SINGULARITY LLP
555 Twin Dolphin Drive, Suite 610
Redwood Shores, CA 94065
Tel:   (650) 720-4650
Fax:   (650) 720-4662

Attorneys for Defendant,
AT&T Mobility LLC

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on February 2, 2016. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ Ronald S. Lemieux*
Ronald S. Lemieux