**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| DSS Technology Management, Inc., <br><br> Plaintiff, <br> v. <br><br> Intel Corporation, et al., <br><br> Defendants. | Civil Action No. 6:16-cv-197-RWS |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2), Plaintiff DSS Technology Management, Inc. and Defendants Dell Inc., GameStop Corp., Conn's, Inc., Conn Appliances, Inc., Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LLC and AT&T Mobility LLC (collectively, "Defendants") respectfully request and move that the Court dismiss all of their respective claims and counterclaims in this action WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees.

A proposed Order to this effect is attached.

Dated:  January 29, 2019

Respectfully submitted by:

*/s/ Derek Gilliland*
**Derek Gilliland**
Texas State Bar No. 24007239
**Attorney in Charge**

**Kirk Voss**
Texas State Bar No. 24075229
**Robert Winn Cutler**
State Bar No. 24084364
**Ross Leonoudakis**
State Bar No. 24087915
Nix Patterson & Roach, L.L.P.
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
christianhurt@nixlawfirm.com
kirkvoss@me.com
winncutler@nixlawfirm.com
rossl@nixlawfirm.com


**William E. "Bo" Davis, III**
Texas State Bar No. 24047416
**Christian J. Hurt**
State Bar No. 24084364
THE DAVIS FIRM, PC
213 N. Fredonia St.
Longview, Texas 75601
Telephone: 903-230-9090
Telecopier: 903-230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF DSS TECHNOLOGY MANAGEMENT INC.**


*/s/ Michael E. Jones, with permission by Derek Gilliland*
Michael E. Jones
Texas Bar No. 10929400

2

**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Tel.: (903) 597-8311
Fax: (903) 593-0846
Email: mikejones@potterminton.com

Michael J. Summersgill (admitted *pro hac vice*)
William F. Lee (admitted *pro hac vice*)
Sarah Beigbeder Petty (admitted *pro hac vice*)
Louis W. Tompros (admitted *pro hac vice*)
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax : (617) 526-5000
Email: william.lee@wilmerhale.com
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com
louis.tompros@wilmerhale.com

**ATTORNEYS FOR DEFENDANTS GAMESTOP CORPORATION, CONN'S INC., CONN APPLIANCES, INC., WAL-MART STORES, INC., AND WAL-MART STORES TEXAS LLC**

*/s/ James G. Warriner, with permission by Derek Gilliland*
James G. Warriner
State Bar No. 24070813
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
jim.warriner@nortonrosefulbright.com

Dan D. Davison
State Bar No. 05590900

Brandy S. Nolan
State Bar No. 24070337
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
dan.davison@nortonrosefulbright.com
brandy.nolan@nortonrosefulbright.com

Darren Smith
State Bar No. 24088433
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Ave., Suite 5100
Houston, TX 77010
Tel: 713.651.5151
Fax: 713.651.5246
darren.smith@nortonrosefulbright.com

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT DELL INC.**


*/s/ Harry L. Gillam, Jr., with permission by Derek Gilliland*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Ronald S. Lemieux
CA Bar No. 120822

4

Vid Bhakar<br>
CA Bar No. 220210<br>
SINGULARITY LLP<br>
275 Shoreline Drive, Suite 520<br>
Redwood Shores, CA 94065<br>
Telephone: (650) 720-4650<br>
Facsimile: (650) 720-4662<br>
rlemieux@ipsingularity.com<br>
vbhakar@ipsingularity.com

**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 29, 2019.

<i>/s/ Derek Gilliland</i>